# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ORDER**
Criminal File No. 21-158 (MJD/ECW)

JORGE LUIS ATAYDE-ORTIS, JR.,

    Defendant.

Thomas M. Hollenhorst, Assistant United States Attorney, Counsel for Plaintiff.

Eric John Olson, Attorney at Law, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated June 16, 2022. No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated June 16, 2022.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated June 16, 2022. **(Doc. 49.)**

2. Defendant's Motion to Suppress Evidence Obtained During Unlawful Search of Cell Phone Location Data **(Doc. 27)** is **DENIED**.

Dated:  August 18, 2022          s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court